**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

NORTHERN CAMBRIA SCHOOL
DISTRICT,

                  Petitioner

          v.

NORTHERN CAMBRIA EDUCATION
SUPPORT PROFESSIONAL
ASSOCIATION, PSEA/NEA,

                  Respondent

: No. 142 WAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.